UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------x
YAAKOV A. KATZ, individually and on behalf       Civil Action No. 3:18-cv-00116-FLW-DEA
of a class,

                                                        Hon. Freda L. Wolfson

                              Plaintiff,
   v.

SIX FLAGS GREAT ADVENTURE, LLC;
SIX FLAGS ENTERTAINMENT
CORPORATION

                             Defendants.
------------------------------------------------------------x

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND AND IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff respectfully submits the attached decision (see **Exhibit A**) from the North District of Illinois Eastern Division in <u>Soto v. Great America, LLC d/b/a Six Flags Great America and Six Flags Hurricane Harbor</u>, 2018 WL 2364916 (N.D. Ill. May 24, 2018) as supplemental authority in support of Plaintiff's Motion for Remand (Doc. No. 10) and in opposition to Defendant's Motion to Dismiss (Doc. No. 4). The supplemental authority attached hereto involves a motion for remand in a materially identical case against the same Defendants as the matter before this Court.

Dated: Floral Park, New York
        May 25, 2018

                                                                   By: /s/ Ryan Gentile
                                                                      Ryan Gentile, Esq.
                                                                      110 Jericho Turnpike - Suite 100
                                                                      Floral Park, NY 11001
                                                                      Tel: (201) 873-7675
                                                                      Fax: (212) 675-4367
                                                                      rlg@lawgmf.com

## **CERTIFICATE OF SERVICE**

      I, Ryan Gentile, certify that on May 25, 2018 a copy of this document was sent via email and U.S. mail to the following parties:

Andrea L. D'Ambra
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
andrea.dambra@nortonrosefulbright.com

                                                    /s/ Ryan Gentile

                                                    Ryan Gentile